JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. WALKER, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIN R. ROGERS ELECTRICAL CONTRACTORS, INC., a Georgia Corporation; ROGERS ELECTRIC SERVICE CORPORATION, a Georgia corporation; JOSHUA MCCREADY, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 8:22-cv-00408 CJC (KESx)<br><br>[Assigned to the Hon. Cormac J. Carney]<br><br>**ORDER**<br><br>[Filed Concurrently with Joint Stipulation to Dismiss Entire Case Without Prejudice and Declaration of Diego Aviles]<br><br>Complaint Filed: January 12, 2022 |

ORDER

# ORDER

Pursuant to the Stipulation of the Parties, and finding good cause therefor, the Court hereby orders as follows:

1. Plaintiff's entire Action, including both class and individual claims, is hereby dismissed without prejudice.

2. The Parties, along with their respective counsel, waive all costs and fees in connection with this Action.

**IT IS SO ORDERED.**

DATED: September 12, 2022   BY: _____
Honorable Cormac J. Carney
Judge of the District Court